PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-po-00183-CDB |
| Plaintiff, | [Citation #E1281153, CA10] |
| v. | |
| SHANIEL G. URENA, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00183-CDB [Citation #E1281153, CA10] against SHANIEL G. URENA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 28, 2024                     Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                               By:      /s/ *Chan Hee Chu*
                                        CHAN HEE CHU
                                        Assistant United States Attorney

1

USA v. Urena
Case No. 5:24-po-00183-CDB

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Fed. R. Crim P. 48(a), that Case No. 5:24-po-00183-CDB, as to Citation #E1281153 CA10, only, against SHANIEL G. URENA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **May 29, 2024**

_____
UNITED STATES MAGISTRATE JUDGE