# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHANIEL G. URENA,<br><br>　　　　　　Defendant. | Case No.  5:24-po-00183-CDB<br><br>CVB Violation E1281153 / CA10<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Docs. 6, 9) |

　　　　Defendant, Shaniel G. Urena, was issued Violation No. E1281153 with a total collateral due of $630.00.  On May 29, 2024, the Court granted the government's motion to dismiss Violation E1281153 without prejudice and in the interest of justice (Doc. 6).  Additionally, on May 29, 2024, defendant Shaniel G. Urena paid the full collateral amount of $630.00 for Violation E1281153 (Doc. 9).  As the violation was dismissed, defendant is due a refund of the monies paid.

　　　　Accordingly, IT IS HEREBY ORDERED that a refund be issued to defendant, Shaniel G. Urena, in the amount of $630.00 as to Violation E1281153.

IT IS SO ORDERED.

Dated:　__May 30, 2024__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE